UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 1 2012

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | CRIMINAL NO. B-12-029 |
| AUBREY ANTHONY WILSON, JR. | § § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about July 4, 2011, in the Southern District of Texas and within the jurisdiction of this Court, the defendant,

**AUBREY ANTHONY WILSON, JR.**,

having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, Possession of Marihuana with Intent to Distribute and Conspiracy to do the same of 399 kilograms of marihuana, did conceal the same by fleeing from and distracting law enforcement, and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

In violation of Title 18, United States Code, Section 4.

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*/s/ Karen Betancourt*

By:   Karen Betancourt
      Assistant United States Attorney